UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 8, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-cr-314 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Petra Morales, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _Petra Morales_ Case _2:07-cr-314 FCD_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_ Release on Personal Recognizance

- \_ Bail Posted in the Sum of _____

- _X_ Unsecured bond in the amount of $100,000 to be cosigned by Pedro Preciado

- \_ Appearance Bond with 10% Deposit

- \_ Appearance Bond secured by Real Property

- \_ Corporate Surety Bail Bond

- _X_ (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _8/8/07_ at _3:15 pm_

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge