BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00314 KJM |
| Plaintiff, | |
| v. | **ORDER TERMINATING PRETRIAL RELEASE** |
| PETRA PRECIADO MORALES, | |
| Defendants. | |

The parties appeared before the Court on Wednesday, October 22, 2014, for a status conference in this matter, case number 2:07-CR-00314 LKK. At that time, the Court granted the parties' request to set the matter for a further status conference on December 3, 2014, as to defendants Jose Luis Morales, Juan Morales, Enrique Morales, Teresa Maria Morales and Petra Preciado Morales.

Additionally, during the October 22, 2014 status conference, counsel for Petra Preciado Morales, Donald Dorfman, Esq., made an oral motion to terminate the pretrial supervision of Petra Preciado Morales, which the United States did not oppose. After consultation with a Pre-Trial Services Program Development Specialist familiar with Petra Preciado Morales's performance during the period of her supervision, the parties agree that Petra Preciado Morales has complied with the conditions of her pretrial release since she was released from custody on or about August 8, 2007. The parties further agree that the United States shall seek dismissal of the charges currently pending against Petra Preciado

Morales upon the resolution of charges against her co-defendants, including Jose Luis Morales, Juan Morales, Enrique Morales, Teresa Maria Morales. Therefore, in light of all of the relevant facts and circumstances in this matter, the parties respectfully request that the Court order the prior conditions of release applicable to Petra Preciado Morales, only, be terminated and that Petra Preciado Morales be ordered released from supervision.

**ACCORDINGLY**, the Court finds that Petra Preciado Morales has complied with the conditions of her pretrial release since she was released from custody on or about August 8, 2007; and that the United States has agreed to seek dismissal of the charges currently pending against Petra Preciado Morales upon the resolution of charges against her co-defendants, including Jose Luis Morales, Juan Morales, Enrique Morales, Teresa Maria Morales; and for good cause shown, it is hereby**,**

**ORDERED,** that the prior conditions of release with which Petra Preciado Morales was ordered to comply shall be and are hereby, **TERMINATED**, and it is further,

**ORDERED** that Petra Preciado Morales shall be and hereby is, **RELEASED** from pretrial supervision.

**IT IS SO ORDERED.**

Dated: November 3, 2014

_____
UNITED STATES DISTRICT JUDGE